Motion to Vacate Conviction and Plea
aggreement. CASE# 18-20599-KMM

6/2/2020

To Hon. Rodney Smith, I am filing this motion to vacate my convictions and Plea aggreement and my sentence as the United States Attorney's office "coerced" me into signing a Plea aggreement, where the U.S. Attorney aggreed I am incompetent to manage my own affairs, under Statute "1572.109" and Florida Statute "744" I now am under a legal guardianship under Florida Statute "744". Accordingly I cannot be prosecuted. It is also, my constitutional right to vacate my plea aggreement within one year of my sentencing date of 12/19/2019.

Barry P. Mezey

Barry Mezey
Sanibel Unit
South Florida State Hospital
800 E. Cypress Dr.
Pembroke Pines, FL.
33025-4543

U.S. Southern District of FL
Clerk of Courts
400 N. Miami Avenue
Miami, FL. 33128

USMS
INSPECTED RECEIVED
JUN 09 2020
12:52 PM